ROSENAGEL v. ROSENAGEL et al. (Supreme Court, Appellate Term. January 21, 1910.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Albert Rosenagel against Charles Rosenagel and another. Judgment for defendants, and plaintiff appeals. Reversed, and new trial ordered. Grauer & Rathkopf, for appellant. Louis Levene, for respondents.

PER CURIAM. Action on eight notes, dated January 22, 1907, made by Charles Rosenagel to plaintiff's order, indorsed by defendant Christ, and payable at various dates up to January 29, 1908. The original summons seems to have been issued May 8, 1908. Several alias summons followed. Pleadings unverified. Issues in some form were possibly joined, for the action was tried October 13, 1908, with what seems to be the following result: "Plaintiff's claim of $200 allowed. Defendants' counterclaim to the extent of $200 allowed. Judgment for defendants. Extra costs, $20." The counterclaim, as the testimony shows, was made by defendant Rosenagel. Defendant Christ possibly indorsed as guarantor. His defense is not separately stated. Whether the notes were protested was not shown. Indeed, it is unreasonable on this return to expect this court to reach a conclusion for or against any of the parties. Justice requires a reversal of the judgment and a new trial, with an admonition and direction that the court below take the pleadings anew and that the record of the case be made intelligible. Judgment reversed, and new trial ordered, with costs to abide the event.

---

ROSENBLUM, Respondent, v. WOOD, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Rosalia Rosenblum against Leonard H. Wood.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

JENKS and BURR, JJ., dissent.

---

ROSENBLUM, Respondent, v. WOOD, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Rosalia Rosenblum against Leonard H. Wood. No opinion. Motion denied, without costs. See, also, supra.

---

ROSENBLUTH, Respondent, v. SURUT, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Miles Rosenbluth against Esther Surut.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the evidence does not establish duress.

RICH, J., dissents.

---

ROSS, Respondent, v. EPSTEIN, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by Francis H. Ross against Philip Epstein, impleaded. M. Meyers, for appellant. C. M. Lewis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 118 N. Y. Supp. 1007.

---

In re ROURKE. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) In the matter of the application of Lillian V. Rourke for a peremptory writ of mandamus against Herman A. Metz, as Comptroller of the City of New York. In the matter of an award for part of Damage Parcel 61. In the matter of Montgomery Street, in the City of Brooklyn. No opinion. Motion denied, without costs. See, also, 63 Misc. Rep. 354, 118 N. Y. Supp. 415.

---

In re RUBENS. (Supreme Court, Appellate Division, First Department. December 10, 1909.) In the matter of Charles Rubens, deceased.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 118 N. Y. Supp. 1139.

INGRAHAM, J., dissents.

---

RUBINSKY, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Action by Mary Rubinsky against Adrian H. Joline and another, as receivers. B. H. Ames, for appellants. R. H. Ernest, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

RYAN, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Mary Ryan against the Prudential Insurance Company of America. No opinion. Judgment unanimously affirmed, with costs.

---

SACKETT & WILHELMS LITHOGRAPHING & PRINTING CO. v. BUCHAN'S SOAPS CORPORATION et al. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by the Sackett & Wilhelms Lithographing & Printing Company against Buchan's Soaps Corporation and Leonard Bronner, as trustee, etc. No opinion. Motion for reargument denied, with costs. For former decision, see 119 N. Y. Supp. 1143.

---

SALIT, Respondent, v. LIPSCHITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action by Michael Salit against Louis B. Lipschitz and another. No opinion. Order of the Municipal Court affirmed, with $10 costs and disbursements.

---

SAVAGE, Appellant, v. NEW YORK PRESS CO., Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1909.) Action by Henry W. Savage against the New York Press Company. C. E. Thornall, for appellant. E. M. Boyle, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.